**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CONAM CONSTRUCTION COMPANY, a )
Texas corporation )
                  Plaintiff(s), )

       vs. )

FLORIDA CANYON MINING, INC., a )
Delaware corporation )

                Defendant(s). )

Case #3:21-cv-00053 _____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Andrew K. Glenn_____, Petitioner, respectfully represents to the Court:
     (name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

                   Husch Blackwell LLP
_____
                     (firm name)

with offices at _____1801 Wewatta St., Suite 1000_____,
                    (street address)

_____Denver_____, _____Colorado_____, ___80202___,
     (city)               (state)        (zip code)

___303-749-7200___, ___andrew.glenn@huschblackwell.com___.
(area code + telephone number)     (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

___Florida Canyon Mining, Inc.___ to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____October 29, 2012_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Colorado_____
                                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, District of Colorado | December 2, 2014 | |
| State of Colorado | October 29, 2012 | 45018 |
| Tenth Circuit Court of Appeals | March 14, 2018 | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) NONE

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) NONE

7.     That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) NONE

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                            Petitioner's signature

   STATE OF _____Colorado_____      )
5                                      )
   COUNTY OF _____Denver_____       )

6

7  _____Andrew K. Glenn_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _____
                                                            Petitioner's signature

10 Subscribed and sworn to before me this

11

12 __8th__ day of _April_____, _2021___.

                                                    ┌─────────────────────────────────────┐
13 _____            │     KATHARINE FAULKNER              │
        Notary Public or Clerk of Court              │        NOTARY PUBLIC                 │
                                                     │      STATE OF COLORADO               │
14                                                   │   NOTARY ID 20084034108             │
                                                     │ MY COMMISSION EXPIRES MAY 30, 2021  │
                                                     └─────────────────────────────────────┘
15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate ___Miriam E. Rodriguez___,
                                                                              (name of local counsel)
19 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action.  The address and email address of

21 said designated Nevada counsel is:

22

23 _____1000 N. Nellis Blvd. Ste S_____,
                                    (street address)

24 _____Las Vegas_____, _____Nevada_____, ___89011___,
            (city)                 (state)            (zip code)

25

26 _____702-733-9292_____, _____miriam@merlawpc.com_____.
      (area code + telephone number)        (Email address)

27

28                                    4                               Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Miriam E. Rodriguez _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9425                               miriam@merlawpc.com
Bar number                   Email address

APPROVED:

Dated: this _15th_ day of _April_ , 20_21_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 3/16



## State of Colorado.

**STATE OF COLORADO, ss:**

I, ___Cheryl Stevens___, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

___Andrew Kerr Glenn___

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___29th___

day of ___October___ A.D. ___2012___ and that at the date hereof

the said ___Andrew Kerr Glenn___ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___5th___ day of ___April___ A.D. ___2021___

**Cheryl Stevens**

_____
Clerk

By _____
Deputy Clerk