Andrew K. Glenn
Husch Blackwell LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202-6318
Telephone:303-749-7273
Facsimile: 303-749-7272
andrew.glenn@huschblackwell.com
(Lead Counsel)
(*Admitted Pro Hac Vice*)

Lisa Wiltshire Alstead (NSBN 10470)
Philip Mannelly (NSBN 14236)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
lalstead@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
(Local Counsel)

*Attorneys for Defendant/Counterclaimant*
Florida Canyon Mining, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONAM CONSTRUCTION COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA CANYON MINING, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:21-cv-00053-MMD-CSD<br><br>**STIPULATION TO SUBSTITUTE LOCAL COUNSEL AND DESIGNATION OF RESIDENT ATTORNEY** |

Pursuant to LR IA 11-2(d) and 11-6, the undersigned hereby stipulate to the substitution of local counsel and designate new resident counsel ("Stipulation") for defendant/counterclaimant Florida Canyon Mining, Inc.

By this Stipulation, Florida Canyon Mining, Inc., hereby authorizes and consents to the substitution of Lisa Wiltshire Alstead, Esq. and Philip Mannelly, Esq., of the law firm McDonald Carano LLP, located at 100 W. Liberty Street, Tenth Floor, Reno, Nevada 89501, (775) 788-2000,

as local/resident counsel in the above-entitled action, in the place and stead of Miriam E. Rodriguez, Esq. of the Law Office of Miriam E. Rodriguez, located at 1000 N. Nellis Blvd. Ste. S., Las Vegas, NV 89110.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.** By this Stipulation, Florida Canyon Mining, Inc. and Andrew K. Glenn, Esq. designate Lisa Wiltshire Alstead, Esq. and Philip Mannelly, Esq. as resident Nevada counsel admitted to the Nevada bar and this designation constitutes an agreement and authorization for the designated resident admitted counsel to sign stipulations binding on Florida Canyon Mining, Inc. and Andrew K. Glenn, Esq.

No change or substitution is being made as to lead counsel, Andrew K. Glenn, Esq. of Husch Blackwell LLP, who remains lead counsel on this matter.

This Stipulation will not result in the delay of discovery, trial, or any hearing date.

DATED: February 03, 2022.    FLORIDA CANYON MINING, INC.

By: _____

Its: Technical Services Manager

Miriam E. Rodriguez, Esq. of the Law Office of Miriam E. Rodriguez hereby agrees to the substitution of the law firm McDonald Carano LLP as local/resident counsel for Florida Canyon Mining, Inc. in the place and stead of the Law Office of Miriam E. Rodriguez.

DATED: February 3, 2022.    LAW OFFICE OF MIRIAM E. RODRIGUEZ

_____
Miriam Rodriguez, Esq. (NSBN 9425)
1000 N. Nellis Blvd. Ste. S
Las Vegas, NV 89110

Lisa Wiltshire Alstead, Esq. and Philip Mannelly, Esq. of the law firm McDonald Carano LLP hereby authorize and consent to the substitution of McDonald Carano LLP as local/resident

2

counsel of record for Florida Canyon Mining, Inc. in the place and stead of Miriam E. Rodriguez, Esq. of the Law Office of Miriam E. Rodriquez.

DATED: February 3, 2022

LAW OFFICES OF McDONALD CARANO LLP

_Lisa Wiltshire Alstead_

Lisa Wiltshire Alstead, Esq. (NSBN 10470)
Philip Mannelly, Esq. (NSBN 14236)
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
(Local Counsel)

Andrew K. Glenn, Esq., as lead counsel admitted *ad hac vice*, consents and agrees to the designation of Lisa Wiltshire Alstead, Esq. and Philip Mannelly, Esq. of the law firm McDonald Carano LLP as resident admitted counsel.

DATED: February 3, 2022

HUSCH BLACKWELL LLP

_/s/_

Andrew K. Glenn, Esq.
1801 Wewatta Street, Suite 1000
Denver, CO 80202-6318
(Lead Counsel)
(*Admitted Pro Hac Vice*)

**ORDER**

IT IS SO ORDERED.

_CSD_

UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2022