UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONAM CONSTRUCTION COMPANY,<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>FLORIDA CANYON MINING, INC.,<br><br>Defendant/Counter-Plaintiff | Case No.: 3:21-cv-00053-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 49 |

The parties have filed a stipulation to temporarily stay the scheduling order deadlines (discovery completion, dispositive motions, and pretrial order) while they engage in mediation, which has yet to be scheduled. (ECF No. 49.)

On or before **March 14, 2022**, the parties shall file a notice advising the court of a date the parties have secured for mediation. The court will defer ruling on the stipulation until that time.

**IT IS SO ORDERED**.

Dated: March 4, 2022

_____
Craig S. Denney
United States Magistrate Judge