Chris Verducci, Esq.
Texas Bar No. 24051470
Danielle Charron, Esq.
Texas Bar No. 24109713
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200
cverducci@lockelord.com
danielle.charron@lockelord.com
(Lead Counsel)
(*Admitted Pro Hac Vice*)

R. Shawn Oliphant, Esq.
Nevada Bar No. 6441
VILORIA, OLIPHANT, OSTER
 & AMAN, LLP
P.O. Box 62
Reno, Nevada 89504
(775) 284-8888
soliphant@renonvlaw.com
(Local Counsel)

*Attorneys for Plaintiff/Counterdefendant*
Conam Construction Company

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONAM CONSTRUCTION COMPANY, a Texas corporation,<br><br>Plaintiff/Counter-Defendant,<br>vs.<br>FLORIDA CANYON MINING, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Case Number: 3:21-cv-00053-MMD-CSD<br><br>**AMENDED STIPULATION AND ORDER**<br>**(FIRST REQUEST)** |

Pursuant to the Court's order of March 4, 2022 (ECF No. 50), Plaintiff and Counter-Defendant CONAM Construction Company ("CONAM") and Defendant and Counter-Plaintiff Florida Canyon Mining, Inc. ("FCMI") (collectively, with CONAM, the "Parties") hereby stipulate and agree, as follows:

///

-1-

109670668v.1

1. Since this lawsuit was filed on January 25, 2021, the Parties have completed substantial discovery, including the exchange of over 20,000 documents and multiple rounds of written discovery. Both Parties have also taken one deposition: CONAM's corporate representative, Daniel Chamberlain, was deposed on January 13, 2022, and FCMI's project manager, Joli Gray, was deposed on February 17, 2022. Additionally, both Parties have retained expert witnesses who have prepared affirmative and rebuttal reports.

2. The Parties believe that they have enough discovery to attempt a resolution of this dispute, while reserving rights to additional discovery in the event a resolution is not successful. Before continuing to expend more resources (both by the Parties and the Court) on the completion of discovery and trial preparations, the Parties believe it is prudent to attend mediation at this time.

3. The Parties have agreed to attend mediation on **April 13, 2022** and have agreed to use John P. Ahlers, of ACS Lawyers, as the mediator.

4. In order to facilitate the Parties' desires to attend mediation without incurring unnecessary litigation costs, the Parties respectfully request that this Court temporarily stay all future proceedings and remaining deadlines in this case until **May 13, 2022**, thirty days after the mediation is completed. This Stipulation would include a stay of the remaining case deadlines previously approved by Order issued February 10, 2022 (ECF No. 48):

| Event | Deadline to be Stayed |
|---|---|
| Discovery Cut-Off | 3-28-22 |
| Dispositive Motions | 4-11-22 |
| Pretrial Order (Including Fed. R. Civ. P. 26(a)(3) Disclosures) | The later of 4-25-22 or thirty days after the Court's decision on all dispositive motions, if any |
| Trial | Not Yet Set |

5. No later than **May 13, 2022** the Parties will provide a Joint Status Report to advise the Court of the outcome of the mediation.

   a. If this matter is successfully resolved by mediation, the Parties will file a

109670668v.1

Stipulation to Dismiss no later than 30 days after execution of the Settlement Agreement and payment of any settlement amount due thereunder.

    b. If this matter is not resolved by mediation, the Parties will continue litigating this matter and will include a new proposed schedule of case deadlines in the Joint Status Report, or advise the Court of when mediation has been scheduled.

6. This is the Parties' first request for a stay of case deadlines.

7. By making the above stipulations, neither CONAM nor FCMI waives or abandons any claims or defenses available at law or in equity. The Parties hereby specifically reserve any and all claims or defenses available at law or in equity.

Dated this *14th* day of *March*, 2022.

| | |
|---|---|
| **LOCKE LORD LLP** | **HUSCH BLACKWELL LLP** |
| */s/ Chris Verducci* | */s/ Andrew K. Glenn* |
| Chris Verducci, Esq. | Andrew K. Glenn, Esq. |
| *Pro Hac Vice* | *Pro Hac Vice* |
| 600 Travis Street, Suite 2800 | 1801 Wewatta Street, Suite 1000 |
| Houston, Texas 77002 | Denver, Colorado 80202 |
| 713-226-1200 | 303-749-7200 |
| cverducci@lockelord.com | Andrew.glenn@husch.blackwell.com |
| | |
| R. Shawn Oliphant, Esq. (NSBN 6441) | Lisa Wiltshire Alstead, Esq. (NSBN 10470) |
| Viloria, Oliphant Oster & Aman LLP | Philip Mannelly, Esq. (NSBN 14236) |
| 327 California Avenue | 100 W. Liberty Street, Tenth Floor |
| Reno, NV 89509 | Reno, NV 89501 |

## ORDER

IT IS SO ORDERED.

The stipulations of the Parties as set forth above are hereby adopted by the Court.

_CSD_ (signature)

UNITED STATES MAGISTRATE JUDGE
DATED: March 15, 2022

-3-