Chris Verducci, Esq.
Texas Bar No. 24051470
Danielle Charron, Esq.
Texas Bar No. 24109713
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200
cverducci@lockelord.com
danielle.charron@lockelord.com
(Lead Counsel)
(*Admitted Pro Hac Vice*)

R. Shawn Oliphant, Esq.
Nevada Bar No. 6441
VILORIA, OLIPHANT, OSTER
  & AMAN, LLP
P.O. Box 62
Reno, Nevada 89504
(775) 284-8888
soliphant@renonvlaw.com
(Local Counsel)

*Attorneys for Plaintiff/Counterdefendant*
Conam Construction Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONAM CONSTRUCTION COMPANY, a Texas corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>FLORIDA CANYON MINING, INC., a Delaware corporation,<br><br>Defendant/Counter-Plaintiff. | Case Number: 3:21-cv-00053-ART-CSD<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff/Counter-Defendant CONAM Construction Company ("CONAM") and Defendant/Counter-Plaintiff Florida Canyon Mining, Inc. ("FCMI"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims, causes of action, and counterclaims asserted in this lawsuit, with each party to bear its own

-1-

126505930v.2

attorneys' fees and costs of court.

Dated this 12th day of May, 2022.

| **LOCKE LORD LLP** | **HUSCH BLACKWELL LLP** |
|---|---|
| */s/ Chris Verducci* | */s/ Andrew K. Glenn* |
| Chris Verducci | Andrew K. Glenn |
| *Pro Hac Vice* | *Pro Hac Vice* |
| 600 Travis Street, Suite 2800 | 1801 Wewatta Street, Suite 1000 |
| Houston, Texas 77002 | Denver, Colorado 80202 |
| 713-226-1200 | 303-749-7200 |
| cverducci@lockelord.com | andrew.glenn@husch.blackwell.com |
| | |
| R. Shawn Oliphant, Esq. (NSBN 6441) | Lisa Wiltshire Alstead, Esq. (NSBN 10470) |
| Viloria, Oliphant Oster & Aman LLP | Philip Mannelly, Esq. (NSBN 14236) |
| 327 California Avenue | 100 W.Liberty Street,, Tenth Floor |
| Reno, NV 89509 | Reno, NV 89501 |

**ORDER**

For good cause appearing:

IT IS SO ORDERED that all claims, causes of actions, and counterclaims asserted in the above-captioned matter are hereby DISMISSED WITH PREJUDICE, and that each party shall bear their own attorneys' fees and costs.

DATED: May 16, 2022

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

126505930v.2

-2-